IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRANCE T. JONES,

      Appellant,

 v.

Case No.  5D22-800
LT Case No. 2019-CF-000865-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 4, 2023

Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.